1
2
3          **UNITED STATES DISTRICT COURT**
4               **DISTRICT OF NEVADA**
5                       \* \* \*
6    UNITED STATES OF AMERICA,            Case No. 2:23-cr-00208-APG-DJA
7                Plaintiff,
                                          **REPORT AND RECOMMENDATION**
8        v.
9    LUIS AVALOS,
10               Defendant.
11

12          Before the court is defendant Luis Avalos' motion to dismiss the indictment because Title

13   8 U.S.C. Section 1326 systematically discriminates against Latinos (ECF No. 38), filed January 2,

14   2024, and the government's response (ECF No. 39), filed January 16, 2024.  Avalos did not file a

15   reply.  Because the court finds that *United States v. Carillo-Lopez*, 68 F.4th 1133 (9th Cir. 2023)

16   has resolved this issue by finding the statute constitutional and not enacted because of racial

17   discriminatory animus, it recommends Avalos' motion be denied.  The court finds this matter

18   properly resolved without a hearing.

19                              **<u>BACKGROUND</u>**

20          Avalos is charged in a one count indictment with Deported Alien Found in the United

21   States in violation of Title 8 U.S.C. Sections 1326 (a) and (b).  He moves to dismiss the

22   indictment because the statute is "built on an unmistakably racist foundation."  (ECF No. 38 at

23   p.1).  In so doing, Avalos recognizes that this Court must deny the motion based on the Ninth

24   Circuit's decision in *Carillo-Lopez*.  (*Id*.)  Nonetheless, he brings the motion to "preserve his

25   equal protection rights" in the event the United States Supreme Court grants certiorari in *Carillo-*

26   *Lopez v. United States*, No. 23-6221 and overturns the Ninth Circuit.  (ECF No 38 at p.2).  The

27   Government opposes the motion because *Carillo-Lopez* is binding precedent and precludes this

28   court from granting the motion and because Avalos raised no new arguments, essentially

regurgitating the arguments made by Appellee Gustavo Carillo-Lopez in appellate briefs.  Avalos did not reply.

**DISCUSSION**

Avalos himself acknowledges that his motion to dismiss is precluded by Ninth Circuit precedent of *United States v. Carillo-Lopez* and that he is only filing the motion to preserve the record and his rights in the event the United States Supreme Court overturns the decision on certiorari.  Given that settled case law in the Ninth Circuit has found that Congress did not enact 8 U.S.C. Section 1326 motivated by discriminatory animus, Avalos' motion to dismiss fails.

**RECOMMENDATION**

Accordingly, IT IS RECOMMENDED that defendant Avalos' motion to dismiss the indictment (ECF No. 38) be DENIED.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).


DATED: February 8, 2024



_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE