UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>LUIS AVALOS,<br><br>          Defendant. | Case No. 2:23-cr-00208-APG-DJA<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO DISMISS**<br><br>[ECF Nos. 38, 41, 42] |

Defendant Luis Avalos moves to dismiss the indictment. ECF No. 38. Magistrate Judge Albregts entered his report recommending that Meekins' motions be denied. ECF No. 41. Meekins filed an objection to that recommendation. ECF No. 42. I have conducted a de novo review of Judge Albregts' recommendation as required by Local Rule IB 3-2. Judge Albregts' Report and Recommendation sets forth the proper legal analysis and factual basis for the decision.

I THEREFORE ORDER that Magistrate Judge Albregts' Report and Recommendation (ECF No. 41) is accepted and approved in its entirety. Defendant Avalos' motion to dismiss (ECF No. 38) and his objection (ECF No. 42) are DENIED.

DATED THIS 12th day of March, 2024.

_____
Andrew P. Gordon
United States District Judge